IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| UNITED STATES OF AMERICA, | |
|---|---|
| Plaintiff, | 8:17CR281 |
| vs. | |
| MICHAEL DVORAK, | ORDER |
| Defendant. | |

This matter is before the court on Defendant's UNOPPOSED MOTION TO EXTEND PRETRIAL DEADLINE [21]. The Court notes that Defendant's previous Motion for Extension of Time (Filing No. 17) did not conform with NECrimR 12.3(a), and no speedy trial affidavit was filed in accordance with the Court's order granting the motion (Filing No. 19). Therefore, the Court finds that the pending motion should be denied. Accordingly,

**IT IS ORDERED:**

1. Defendant's UNOPPOSED MOTION TO EXTEND PRETRIAL DEADLINE [21] is denied without prejudice to re-filing accompanied by a speedy trial affidavit in conformity with NECrimR 12.3(a).

Dated this 13th day of October, 2017.

BY THE COURT:

s/ Michael D. Nelson
United States Magistrate Judge